**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESSA KELLEY,** )<br>  )<br>  **Plaintiff**, )<br>  )<br> v. )<br>  )<br> **CORRECTIONS CORPORATION OF** )<br> **AMERICA, a corporation; and DOES** )<br> **1 through 50, inclusive,** )<br>  )<br>  **Defendant**s. )<br> _____) | **CV F 10 - 1294 AWI JLT**<br><br> **ORDER VACATING**<br> **HEARING DATE OF**<br> **SEPTEMBER 13, 2010 AND**<br> **TAKING MATTERS UNDER**<br> **SUBMISSION** |

       Defendant Corrections Corporation of America ("Defendant") has noticed for hearing and decision a motion to dismiss pursuant to FRCP 12(b)(6) and a motion to strike pursuant to FRCP 12(f). The matters were scheduled for oral argument to be held on September 13, 2010. The court has preliminarily reviewed Defendant's motions, Plaintiff's opposition and Defendant's replies and has determined that Defendant's motions are suitable for decision without oral argument. Should the court later determine upon further review of all submitted documents that oral argument is appropriate, the parties will be notified and the matter will be scheduled for oral argument. Local Rule 78-230(h).

       Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 13, 2010, is VACATED, and no party shall appear at that time. As of September 13, 2010, the court will take the matter under submission and will thereafter render a decision or request further briefing or schedule oral argument as appropriate in accordance with Local

1   Rule 78-230(h).

3   IT IS SO ORDERED.

4   Dated: September 8, 2010

5                                                                    CHIEF UNITED STATES DISTRICT JUDGE

2