UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESSA KELLEY, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a corporation; and Does 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 1:10-CV-01294-AWI-JLT<br><br>ORDER ON ORAL STIPULATION AMENDING COMPLAINT TO CORRECT THE NAME OF THE DEFENDANT |

On September 28, 2010, the Court conducted the Scheduling Conference in this case. At that time, the parties stipulated, through their counsel, Peter Flanderka for Plaintiff and Richard Chen for Defendant, that the defendant was erroneously named.  The parties agreed that the Court would correct the defendant's name to correctly reflect its true name.

Pursuant to the Parties' stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the Complaint is amended as follows:

　　1.　　The name of Defendant "CCA of Tennessee, LLC" erroneously named as the

　　　　　"Corrections Corporation of America, a corporation," is corrected so that "CCA

1

of Tennessee, LLC" is added and the "Corrections Corporation of America, a corporation" is deleted;

2. No new answer by Defendant CCA of Tennessee, LLC, is required.

IT IS SO ORDERED.

Dated:  **September 28, 2010**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2