# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESSA KELLEY, an individual, | CV F 10 – 1294 AWI JLT |
| Plaintiff, | ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND TAKING MATTER UNDER SUBMISSION |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

In this action in diversity for damages under California's Fair Employment and Housing Act ("FEHA") by plaintiff Terressa Kelley ("Plaintiff") against Defendant Corrections Corporation of America ( "Defendant"), Defendant has noticed a motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion").  The matter was scheduled for oral argument to be held December 6, 2010, at 1:30 p.m..  The Court has reviewed Defendant's Motion, the opposition, Defendant's reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 6, 2005, is VACATED, and no party shall appear at that time.  As of December 6, 2005, the Court will take the matter under submission, and will thereafter issue its decision. IT IS SO ORDERED.

Dated:   December 2, 2010                                  _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE