1   Peter C. Flanderka (State Bar No. 144538)
    Anne S. Kelson (State Bar No. 257851)
2   BONONI LAW GROUP, LLP
    915 Wilshire Boulevard, Suite 1950
3   Los Angeles, CA 90017
    Telephone:      (213) 553-9200
4   Facsimile:      (213) 553-9215
    pflanderka@bononilawgroup.com
5   akelson@bononilawgroup.com

6   Attorneys for Plaintiff
    Teressa Kelley
7
    PAUL M. GLEASON State Bar No.: 155569
8   RICHARD Y. CHEN State Bar No.: 225392
    KATHY H. GAO State Bar No.: 259019
9   GLEASON & FAVAROTE, LLP
    835 Wilshire Blvd., Suite 200
10  Los Angeles, California  90017
    Telephone:      (213) 452-0510
11  Facsimile:      (213) 452-0514
    pgleason@gleasonfavarote.com
12  rchen@gleasonfavarote.com
    kgao@gleasonfavarote.com
13
    Attorneys for Defendant
14  CCA of Tennessee, LLC

15

16                 **UNITED STATES DISTRICT COURT**

17     **EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION**

18

19  TERESSA KELLEY, an individual,          ) Case No. 1:10-CV-01294-AWI-JLT
                                            )
20                         Plaintiff,       ) State Court Case No. S-1500-CV-269975-WDP
                                            )
21      vs.                                 )
                                            ) **STIPULATION AND [PROPOSED] ORDER**
22                                          ) **FOR DISMISSAL WITH PREJUDICE**
    CORRECTIONS CORPORATION OF              )
23  AMERICA, a corporation; and Does 1      )
    through 50, inclusive,                  ) Judge:        Hon. Anthony W. Ishii
24                                          ) Action Filed: March 25, 2010
                           Defendants.      ) Trial Date:   February 14, 2012
25                                          )
                                            )
26  _____       )

27  / / /

28  / / /

                              0.
                     **PROOF OF SERVICE**

THE PARTIES TO THE ABOVE-CAPTIONED MATTER, by and through their respective attorneys of record, hereby enter into this stipulation regarding dismissal of the entire action with prejudice as follows:

WHEREAS, on June 23, 2010, plaintiff Teressa Kelley ("Plaintiff") filed a complaint in the Superior Court for the State of California, County of Kern, Case No. S-1500-CV-269975 WDP, against Corrections Corporation of America, wherein she alleged the following causes of action: (1) unlawful discrimination based upon physical disability in violation of FEHA – Government Code section 12940, *et seq.*; (2) failure to reasonably accommodate physical disability in violation of FEHA – Government Code section 12940, *et seq.*; (3) failure to engage in the interactive process in violation of FEHA – Government Code section 12940, *et seq.*; (4) retaliation in violation of FEHA – Government Code section 12940, *et seq.*; and (5) wrongful termination in violation of public policy (the "Action"); and

WHEREAS, on July 20, 2010, Corrections Corporation of America removed the Action to the United States District Court, Eastern District of California; and

WHEREAS, on September 29, 2010, the Honorable Jennifer L. Thurston ordered that Corrections Corporation of America be substituted by CCA of Tennessee, LLC ("CCA") in the Action; and

WHEREAS, on October 18, 2010, Plaintiff filed her First Amended Complaint in the Action; and

WHEREAS, counsel for Plaintiff and CCA (hereinafter collectively referred to as the "Parties") have discussed the merits of this case and have agreed to informally resolve this dispute in its entirety; and

WHEREAS, the Parties have also agreed to bear their own costs and attorneys' fees in connection with the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that this case be dismissed in its entirety, with prejudice, against CCA pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.

Dated: March 29, 2011
                        BONONI LAW GROUP, LLP
PETER C. FLANDERKA
ANNE S. KELSON

/s/ Peter C. Flanderka
(As authorized on 3/29/11)
By:_____
Peter C. Flanderka

Attorneys for Plaintiff Teressa Kelley

Dated: March 29, 2011
                        GLEASON & FAVAROTE, LLP
PAUL M. GLEASON
RICHARD Y. CHEN
KATHY H. GAO

/s/ Richard Y. Chen
By:_____
Richard Y. Chen

Attorneys for Defendant CCA of Tennessee, LLC

## ORDER

IT IS SO ORDERED that the parties, through their designated counsel, have reached a settlement and have agreed to dismiss the above-captioned case in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.  The clerk of the court is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   March 31, 2011   _____
CHIEF UNITED STATES DISTRICT JUDGE